1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| _____ )<br>BRIAN JAY VON ALLMEN,                    )<br>                                         )<br>                         Plaintiff,      )<br>          v.                             )<br>                                         )<br>F/V ANDRONICA, *et al.*,                 )<br>                                         )<br>                         Defendants.     )<br>_____ ) | Case No. C04-0550L<br><br>ORDER DENYING MOTION IN LIMINE<br>REGARDING TESTIMONY OF PLAINTIFF'S<br>EXPERT WITNESS, ANTHONY FORD |

This matter comes before the Court on "Defendant Andronica Inc.'s Motion in Limine to Partially Exclude the Testimony of Plaintiff's Liability Expert Anthony Ford." Dkt. # 25. Defendant Andronica, Inc., argues that Captain Ford should not be permitted to testify regarding certain opinions because they involve "ultimate conclusions of law" and/or lack "a reliable foundation." Motion at 6. Objections based on a lack of foundation or an improper opinion regarding an ultimate issue of law should be raised during Captain Ford's testimony and will be determined in light of all of the evidence presented at trial.

For all of the foregoing reasons, the motion in limine to exclude certain testimony of Captain Ford is DENIED.

ORDER DENYING MOTION IN LIMINE
REGARDING TESTIMONY OF ANTHONY FORD

1  DATED this 16th day of May, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION IN LIMINE
REGARDING TESTIMONY OF ANTHONY FORD        -2-