UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN JAY VON ALLMEN, <br><br> Plaintiff, <br><br> v. <br><br> F/V ANDRONICA, Official No. 622780, her engines, tackle and appurtenances, and <br><br> F/V JULIA LEE, Official No. 664893, her engines, tackle and appurtenances, <br><br> *In Rem*; <br><br> ANDRONICA, INC, and JULIA LEE FISHING CO., <br><br> *In Personam*, <br><br> Defendants. | Case No. C04-0550L <br><br> ORDER GRANTING DEFENDANT JULIA LEE FISHING COMPANY'S MOTION IN LIMINE REGARDING OPINIONS OF WILLIAM SHERMAN |

This matter comes before the Court on "Defendant Julia Lee Fishing Company's Motion in Limine Regarding Opinions of William Sherman" (Dkt. # 22) ("Motion"). The motion is unopposed by Andronica, Inc. Julia Lee Fishing Co. requests exclusion of testimony from William Sherman, Andronica Inc.'s weather and lighting expert on the grounds that Mr. Sherman's opinions were based on data from the wrong day. See Motion at 2. The allision in this matter occurred on July 6, 2001. See Ex. B at 1. Sherman's report uses data from July 14,

ORDER GRANTING DEFENDANT JULIA LEE
FISHING COMPANY'S MOTION IN LIMINE
REGARDING OPINIONS OF WILLIAM SHERMAN - 1

2001.  See Ex. A at 1.  The opinions in Sherman's report are therefore irrelevant to the conditions on July 6, 2001, the date of the incident.

For the foregoing reason, Defendant Julia Lee Fishing Company's Motion in Limine Regarding Opinions of William Sherman (Dkt. # 22) is GRANTED.  William Sherman will not be permitted to testify.

DATED this 18th day of May, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT JULIA LEE
FISHING COMPANY'S MOTION IN LIMINE
REGARDING OPINIONS OF WILLIAM SHERMAN  - 2