HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
9 **AT SEATTLE**

10 BRIAN JAY VON ALLMEN,

No. C04-550L
11                                 Plaintiff,

**ORDER GRANTING DEFENDANT**
12                 v.                                    **JULIA LEE FISHING COMPANY'S**
**MOTION FOR RELIEF FROM**
13 F/V ANDRONICA                                 **DISPOSITIVE MOTION DEADLINE**
Official No. 622780, her engines, tackle and   **TO FILE MOTION FOR PARTIAL**
14 appurtenances, and                             **SUMMARY JUDGMENT FOR**
**INDEMNIFICATION OF**
15 F/V JULIA LEE                                 **MAINTENANCE AND CURE**
Official No. 664893, her engines, tackle and   **EXPENSES BY DEFENDANT**
16 appurtenances,                                 **ANDRONICA, INC.**

17                                 *In Rem*;

18 ANDRONICA, INC; and JULIA LEE FISHING
CO.,
19
                                *In Personam*
20
                                Defendants.
21

22

23

---

**Nielsen ■ Shields**
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300

This matter, having come before this Court on Defendant Julia Lee Fishing Company's ("Julia Lee") Motion For Relief From Dispositive Motion Deadline To File Motion For Partial Summary Judgment For Indemnification Of Maintenance And Cure Expenses By Defendant Andronica, Inc. ("Motion"), and the Court having reviewed:

1.      Julia Lee's Motion and supporting Declaration of Richard A. Nielsen;

2.      Defendant Andronica Inc.'s Memorandum in Opposition;

3.      Julia Lee's Reply Memorandum, and having reviewed the records and files herein, and being fully advised, now therefore:

IT IS ORDERED that the Motion is hereby granted.  The Court is persuaded that the underlying Motion for Partial Summary Judgment was not inexcusably delayed by Julia Lee and is now ripe for consideration as a consequence of this Court's ruling in the liability phase of the matter.  Moreover, upon review of Julia Lee's Motion for Partial Summary Judgment For Indemnification of Maintenance And Cure Expenses By Defendant Andronica, Inc., it is of the nature that would have been appropriate to bring prior to the dispositive motion deadline pursuant to Fed. R. Civ. P. 56.  For good cause shown, therefore, and in the interest judicial economy and possibly eliminating issues for trial by jury during the damages phase, leave is hereby granted to Julia Lee to file its underlying motion.  The briefing schedule shall be as follows:

1)      Julia Lee's Motion for Partial Summary Judgment (filed as Ex. A to Dkt. # 91) shall be noted on the motion calendar for October 7, 2005;

2.      Defendant Andronica, Inc.'s Opposition Brief shall be due on October 3, 2005; and

ORDER GRANTING DEFENDANT JULIA LEE FISHING
COMPANY'S MOTION FOR RELIEF FROM DISPOSITIVE
MOTION DEADLINE
No. C04-550L – Page 2

3)    Defendant Julia Lee's Reply Brief shall be due on October 7, 2005.

DATED this 13th day of September, 2005.

*MW S Lasnik*

Robert S. Lasnik
United States District Judge

Presented by:

NIELSEN SHIELDS, PLLC

By:  *s/ Richard A. Nielsen*
      RICHARD A. NIELSEN, WSBA #11916
      Attorneys for Defendant Julia Lee
      Fishing Company

ORDER GRANTING DEFENDANT JULIA LEE FISHING
COMPANY'S MOTION FOR RELIEF FROM DISPOSITIVE
MOTION DEADLINE
No. C04-550L – Page 3

NIELSEN ■ SHIELDS
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300

1
2
3

**<u>CERTIFICATE OF SERVICE</u>**

4        I hereby certify that on August 29, 2005, I electronically filed
the foregoing with the Clerk of the Court using the CM/ECF system,
5    which will send notification of such filing to The Honorable Robert S.
Lasnik, and I hereby certify that I have sent by U.S. Mail the document
6    to which this certificate is attached to the following individual(s):

7                         <u>Attorney for Plaintiff</u>
Gregory Bilyeu, Esq.
8                         904 S. 3rd Street
Mount Vernon, WA 98273-4324
9
                         <u>Attorney for Defendant Andronica, Inc.</u>
10                       Eric McVittie, Esq.
William Keller, Esq.
11                       LeGros, Buchanan & Paul
701 5th Avenue, Suite 2500
12                       Seattle, WA 98104

13       I certify under penalty of perjury under the laws of the State of
Washington that the foregoing is true and correct.
14
         Signed at Seattle, Washington this 29th day of August, 2005.
15
                         *s/Jacqueline Lucien*
16                       Legal Assistant
600 Stewart Street, Suite 1703
17                       Seattle, Washington 98101
Telephone:  206-728-1300
Facsimile:  206-728-1302
18                       jdl@nielsenshields.com

19
20
21
22
23

ORDER GRANTING DEFENDANT JULIA LEE FISHING
COMPANY'S MOTION FOR RELIEF FROM DISPOSITIVE
MOTION DEADLINE
No. C04-550L – Page 4

**Nielsen ▪ Shields**
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300